UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH A. WELLS,

                Plaintiff,

v.                                          Case No: 8:05-CV-177-T-27MAP

THA HOUSING,

                Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. 7) recommending that the Plaintiff's request to proceed *in forma pauperis* be denied and her claim be dismissed without prejudice. The Court notes that Plaintiff has not filed written objections to the Report and Recommendation and the time for filing such objections has elapsed. Since no objections have been filed, Plaintiff is barred from attacking the factual findings and has otherwise waived her challenges to this Court's *de novo* determination. See 28 U.S.C. § 636(b)(1); Nettles v. Wainwright, 677 F.2d 410 (5th Cir. 1982); Fed. R. Civ. P. 72; M.D. Fla. L.R. 6.02.

The District Court may "accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate" judge. 28 U.S.C. § 636(b)(1)(C). This Court, having reviewed the Magistrate Judge's Report and Recommendation and independently examined the file finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and

approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED.**

3) Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) because it is frivolous and fails to state a claim on which relief may be granted.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 16th day of May, 2005.

/s/ Whittemore
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2